**KELLY, L**

v.

**WCAB (CARD HEATING & AIR CONDITIONING)**

**355 CD 2017**

Commonwealth Court of Pennsylvania.

08/16/2017

Workers' Compensation Appeal Board, A–16–0165–01

Affirmed

**PHILA. PARKING AUTH**

v.

**GERMANTOWN CAB CO.**

**962 CD 2016**

Commonwealth Court of Pennsylvania.

08/18/2017

Philadelphia County Civil Division, April Term, 2015 No. 01738

Affirmed/Reversed

**IN RE: CONDEMNATION BY the N. STRABANE TWP (FOWLER)**

**1152 CD 2016**

Commonwealth Court of Pennsylvania.

08/18/2017

Washington County Civil Division, GD15–006873

Reversed

**PLOUFFE, W.**

v.

**DHS**

**1001 CD 2016**

Commonwealth Court of Pennsylvania.

08/21/2017

Department of Human Services, Bureau of Hearings and Appeals, 060443181–003

Vacated/Remanded

**SCHOCK, S.**

v.

**WCAB (BROWN'S SUPER STORES)**

**1352 CD 2016**

Commonwealth Court of Pennsylvania.

08/21/2017

Workers' Compensation Appeal Board, A15–1257

Affirmed/Vacated/Remanded